UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                              Case No. 07-C-0467

ONE 1996 CADILLAC DEVILLE,
VEHICLE IDENTIFICATION NUMBER
(VIN) 1G6KD52Y1TU212886,
WITH ALL APPURTENANCES AND
ATTACHMENTS THEREON,

    Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. All right, title and interest in the defendant property, one 1996 Cadillac Deville bearing vehicle identification number 1G6KD52Y1TU212886, is forfeited to the United States of America.

2. The United States Marshal shall seize and dispose of the defendant property, one 1996 Cadillac Deville bearing vehicle identification number 1G6KD52Y1TU212886, according to law.

3. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Green Bay, Wisconsin, this ___3rd___ day of October, 2007.

                 s/ William C. Griesbach
                 HONORABLE WILLIAM C. GRIESBACH
                 United States District Judge

Judgment entered this ___3rd___ day of October, 2007.

 JON W. SANFILIPPO
 Clerk of Court

By:
 _Mary Fisher_
 Deputy Clerk